UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

## ELECTRONIC FILING ORDER IN CIVIL CASES

The parties shall file all documents in this case electronically. Counsel must comply with the following requirements:

1. Counsel must comply with all applicable Federal Rules of Civil Procedure, the District's Local Rules, the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures which implement the District's CM/ECF system.

2. Documents filed electronically must be filed in OCR text searchable PDF format.

3. Unless otherwise ordered, on the next business day after a document is filed electronically, counsel must provide chambers with one paper copy of the following e-filed documents:

   a. Applications for temporary restraining orders, preliminary injunctions or prejudgment remedies, including all memoranda of law and all exhibits;
   b. Motions for summary judgment, memoranda in support, briefs in opposition, and replies;
   c. Joint Trial Memorandum;
   d. Trial briefs, including proposed findings of fact and conclusions of law; and all exhibits.

All chambers copies should be printed from the docket and should bear the ECF header of the Court's electronic filing system.

IT IS SO ORDERED,

/s/ Michael P. Shea
Michael P. Shea
United States District Judge

Rev. 6/7/24