**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ERNEST L. CANTEEN

v.  CASE NO. 3:25CV1251 (MPS)

FRANK BISIGNANO, COMMISSIONER
OF THE SOCIAL SECURITY ADMINISTRATION

**JUDGMENT**

This action having commenced by a complaint and having been assigned to the Honorable Robert M. Spector, United States Magistrate Judge, and the Honorable Michael P. Shea, United States District Judge and,

The Honorable Robert M. Spector having considered the complaint and the full record of the case including applicable principles of law, and having filed a Recommended Ruling on December 16, 2025, dismissing the complaint for failure to comply with the Order to Show Cause, and on January 12, 2026, absent objection, the court having accepted and adopted the ruling, it is therefore;

ORDERED, ADJUDGED and DECREED that judgment is entered dismissing the complaint.

Dated at Hartford, Connecticut, this 12th day of January 2026.

DINAH MILTON KINNEY, Clerk

By /s/ Christina Sichanh
Deputy Clerk

EOD: 1/12/2026